1

**LODGED**

**FILED**

OCT 1 5 2008



2

3

OCT 1 0 2008

4   CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

5   DEPUTY CLERK

BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

6

EASTERN DISTRICT

7

8   CONNIE MURRAY and WILSON
MURRAY,

CIV. NO.   S-96-1574 GEB/JFM

9

Plaintiffs,

10

vs.

11

THEODORE KACZYNSKI, and DOES I -
12   X, inclusive,

13         Defendants.

14                                              CIV. NO. S-98-0606 GEB/JFM ✓

GILBERT E. MURRAY,

15

Plaintiff,                    **ORDER FOR RENEWAL OF**
16                                              **JUDGMENT**

vs.

17

THEODORE KACZYNSKI,

18

Defendant.

19

20

21

The judgment of October 15, 1998, attached hereto as page 1-3, and each of them is
22
incorporated by reference.  The judgment is renewed as of October 10, 2008.
23

24

25

26
Date: _October 15, 2008_
27

28

California Code of Civil Procedure Section 683.150(a)

**FILED**

OCT 1. 1998

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

**LODGED**

OCT - 9 1998

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CONNIE MURRAY and WILSON MURRAY, | CIV. NO. S-96-1574 GEB/JFM |
| Plaintiffs, | |
| vs. | |
| THEODORE KACZYNSKI, and DOES I - X, inclusive, | |
| Defendants. | |
| | |
| GILBERT E. MURRAY, | CIV. NO. S-98-0606 GEB/JFM |
| Plaintiff, | AGREEMENT AND CONSENT JUDGMENT |
| vs. | |
| THEODORE KACZYNSKI, | |
| Defendant. | |

**CONSENT JUDGMENT**

BASED ON THE AGREEMENT of the parties as evidenced by the signature of the parties and their attorneys below,

///

Agreement and Consent Judgment
Civ. No. S-96-1574 GEB/JEM
Civ. No. S-98-606 GEB/JEM              Page 1 of 3

1    IT IS THEREFORE ordered and adjudged that in exchange for the

2  following agreement between the parties this Consent Judgment will be

3  and is entered in favor of Plaintiffs and against Defendant as follows:

4       For Connie Murray, Civ. No. S-96-1574 GEB/JEM: $10,000,000.00;

5       For Wilson Murray, Civ No.  S-96-1574 GEB/JEM: $ 5,000,000.00;

6       For Gilbert Murray, Civ No. S-98-606 GEB/JEM:  $ 5,000,000.00;

7       All amounts are inclusive of cost, interest and attorneys fees.

8                                AGREEMENT

9    1.    Subsequent debtor examinations of Theodore John Kaczynski, in

10         writing only, will be limited to once every six months and

11         will be limited to events occurring after May 4, 1998.

12   2.    The parties and their attorneys acknowledge that this Consent

13         Judgment is the result of a compromise and settlement of

14         disputed claims, and shall never at any time, or for any

15         purpose, be considered an admission of liability or

16         responsibility on the part of defendant, Theodore John

17         Kaczynski.

18   3.    The plaintiffs agree that the terms of this Consent Judgment

19         shall bind and be binding upon their heirs, personal

20         representatives, spouses, executors, administrators and

21         assigns.

22   4.    This Consent Judgment shall not be discharged in bankruptcy.

23   IT IS SO ORDERED.

24

25  Date: October 13, 1998.

26                              Honorable Garland E. Burrell, Jr.
                                United States District Judge

27
    Agreement and Consent Judgment
    Civ. No. S-96-1574 GEB/JEM
28  Civ. No. S-98-606 GEB/JEM          Page 2 of  3

APPROVED AS TO CONTENT AND FORM

Date: _September 14, 1998_

Connie W. Murray
**Connie Murray**
**Plaintiff**

Date: _September 18, 1998_

M.B. Murray
**Wilson Murray**
**Plaintiff**

Date: _September 14, 1998_

G.E.M.
**Gilbert Murray**
**Plaintiff**

Date: _September 28, 1998._

**Eugene C. Treaster, (Bar#33683)**
**Attorney for Plaintiffs**

Date: _July 31, 1998._

Theodore John Kaczynski
**Theodore John Kaczynski**
**Defendant**

Date: _September 9, 1998_

Speedy Rice
**Speedy Rice (CA Bar# 127006)**
**Attorney for Defendant**

Agreement and Consent Judgment
Civ. No. S-96-1574 GEB/JEM
Civ. No. S-98-606 GEB/JEM               Page 3 of 3